IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PAUL C. WRIGHT                                                                                    PLAINTIFF

        v.                            Civil No. 05-6034

TROY TUCKER, Sheriff;
BRIAN WEINGARNER,
Jailer; and JACKIE NEWBORN,
Jail Administrator                                                                            DEFENDANTS

## ORDER

For the reasons stated in a memorandum opinion issued this same day, the defendants' motion for summary judgment (Doc. 23) is denied.

IT IS SO ORDERED this 20th day of February 2007.

                                                 /s/ *Robert T. Dawson*
                                                 HON. ROBERT T. DAWSON
                                                 UNITED STATES DISTRICT JUDGE