IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PAUL C. WRIGHT                                                                                          PLAINTIFF

    vs.                              Civil No. 6:05-cv-06034

TROY TUCKER, Sheriff                                                                           DEFENDANTS
BRIAN WEINGARNER, Jailer and
JACKIE NEWBORN, Jail Administrator

## ORDER

On June 19, 2007, the parties filed a joint motion to dismiss this action (Doc. 39). In the motion the parties indicate they have reached a settlement agreement.

The motion to dismiss is granted (Doc. 39). This action is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of July 2007.


        /s/ Barry A. Bryant
        HON. BARRY A. BRYANT
        UNITED STATES MAGISTRATE JUDGE